## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| J.B. HUNT TRANSPORT, INC., | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) No. 25-2215-KHV |
| NINE TRANSPORTATION GROUP, INC. et al., | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court on J.B. Hunt Transport Inc.'s Motion For Default Judgment Against Defendants (Doc. #16) filed August 27, 2025. Plaintiff asks the Court to enter default judgment against defendants for their failure to timely answer the complaint. Plaintiff may not proceed directly to default judgment, however, before receiving an entry of default. Rule 55 contemplates a two-step process by which a party first receives an entry of default under Rule 55(a) and then applies for default judgment under Rule 55(b). Fed. R. Civ. P. 55. Because plaintiff cannot proceed directly to default judgment, the Court overrules plaintiff's motion for default judgment without prejudice.[1]

**IT IS THEREFORE ORDERED** that J.B. Hunt Transport Inc.'s Motion For Default Judgment Against Defendants (Doc. #16) filed August 27, 2025 is **OVERRULED**.

Dated this 26th day of September, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1] On September 24, 2025, some three weeks after plaintiff filed the instant motion, plaintiff's counsel e-mailed a copy of J.B. Hunt Transport Inc.'s Motion For Clerk's Default Against Defendants. Because plaintiff is represented by counsel, it must file all motions through the court's Electronic Filing System. See D. Kan. Rules 7.1 and 77.1.