IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| J.B. HUNT TRANSPORT, INC.,         )<br>                                                          )<br>            Plaintiff,                        )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>NINE TRANSPORTATION GROUP, INC.,  )<br>ZIKRYAKHON AZIMOV, PRIME            )<br>FREIGHT SOLUTIONS, INC., and          )<br>BAKHTIYOR ABILKASIMOV,                )<br>                                                          )<br>            Defendants.                   )<br>_____ ) | CIVIL ACTION<br><br>No. 25-2215-KHV |

**ORDER**

On September 26, 2025, pursuant to Rule 55(a), Fed. R. Civ. P., the Clerk entered default against all defendants. This matter is before the Court on Plaintiff's Motion For Default Judgment And Request For Damages (Doc. #21) filed November 7, 2025. For substantially the reasons stated in plaintiff's motion and the Declaration Of David deLassus In Support Of Default Judgment Against Defendants (Doc #21-1), the Court sustains plaintiff's motion.[1]

**IT IS THEREFORE ORDERED** that Plaintiff's Motion For Default Judgment And Request For Damages (Doc. #21) filed November 7, 2025 is **SUSTAINED**.

**IT IS FURTHER ORDERED that pursuant to Rule 55(b), Fed. R. Civ. P., the Court directs the Clerk to enter judgment in favor of plaintiff against defendants in the amount of $3,187,279.45 and attorney fees of $37,988.50, and post-judgment interest.**

---

[1] The Court grants plaintiff's request for injunctive relief, but plaintiff's counsel have not submitted a proposed injunction which complies with Rule 65 of the Federal Rules of Civil Procedure. Plaintiff must submit a proposed injunction which (1) states the reasons why it is issued; (2) state its terms specifically and (3) describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required. Fed. R. Civ. P. 65(d)(1).

**IT IS FURTHER ORDERED** that plaintiff is entitled to injunctive relief as set forth in Count I of the <u>Complaint</u> (Doc. #1) filed April 21, 2025.  On or before December 18, 2025, plaintiffs' counsel shall submit a proposed permanent injunction which complies with Rule 65(d) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this Order to defendants at their address of record.

Dated this 16th day of December, 2025 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge